B25C (Official Form 25C) (12/08)

**United States Bankruptcy Court**
**District of Connecticut**

Stephanie Lucarelli /2687

In re Richard A. Lucarelli /4902
                Debtor(s)

Case No: 13-30350
Chapter 11

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: June - 2013
Line of Business: Personal

Date Filed: _____
NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*Stephanie Lucarelli*

/s/ *R.A. Lucarelli*
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

**Lucarelli's Answering Service**
PRINTED NAME OF RESPONSIBLE PARTY

QUESTIONNAIRE: (All questions to be answered on behalf of the debtor.)

| # | Question | YES | NO |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS, OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

### TAXES

| | YES | NO |
|---|---|---|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? | ☑ | ☐ |

B25C (Official Form 25C) (12/08) - Cont.                                                                                         2

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 11,503.28

#### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ 8103.03

Cash on Hand at End of Month $ 8,846.91

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL $ 8,846.91

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 10,759.40

*(Exhibit C)*

### CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*         $ 11,503.28

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*       $ 10,759.40

*(Subtract Line C from Line B)*              CASH PROFIT FOR THE MONTH $ 743.88

### UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 0

*(Exhibit D)*

### MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 0

*(Exhibit E)*

B25C (Official Form 25C) (12/08) - Cont.   3

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

(Exhibit F)

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? ___

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 1

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 1,000.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ 3,500.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 0

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ 0

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:   $

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:   $

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:   $

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

Account Detail Printable View

Page 1 of 1

Account Detail Printable View

******5944 - Choice Checking

Account Number: ******5944
Account Name: Choice Checking
Current Balance: 8,185.04
Available Balance: 8,185.04
As Of: 07/02/2013 09:44
Current YTD Interest: .00

### Transactions pending

| Date | Transaction | Description Payee | Status | Debit (-) | Credit (+) |
|------|-------------|-------------------|--------|-----------|------------|
| | | No Pending Transactions | | | |

### Transactions posted between 06/01/2013 and 06/30/2013

| Date | Transaction | Description Payee | Status | Debit (-) | Credit (+) |
|------|-------------|-------------------|--------|-----------|------------|
| 06/07/2013 | Debit | UNITED ILLUMINAT ONLINE PMT | ✓ | 317.84 | |
| 06/05/2013 | Debit | WITHDRAWAL | ✓ | 600.00 | |
| 06/05/2013 | Debit 104 | CHECK NUMBER 104 LIFETOUCH SCHOOL 9528285500 | ✓ | 42.00 | |
| 06/05/2013 | Credit | Payroll PAY | ✓ | | 1,437.91 |
| 06/05/2013 | Credit | Payroll PAY | ✓ | | 1,437.91 |
| 06/04/2013 | Debit | BLISS PEST ONLINE PMT | ✓ | 56.98 | |
| 06/03/2013 | Debit | CABLEVISION ONLINE PMT | ✓ | 276.24 | |
| 06/03/2013 | Debit | CHASE HOME FIN ONLINE PMT | ✓ | 4,300.00 | |

Transaction Status Legend:
✓ 🗓 ⇌ ✗
Posted Scheduled In Progress Problem

Account Detail Printable View

## ****5944 - Choice Checking

Account Number: ****5944
Account Name: Choice Checking
Current Balance: 6,185.04
Available Balance: 6,185.04
As Of: 07/02/2013 09:44
Current YTD Interest: .00

### Transactions pending

| Date | Transaction | Description Payee | Status | Debit (-) | Credit (+) |
|---|---|---|---|---|---|
| | | No Pending Transactions | | | |

### Transactions posted between 06/01/2013 and 06/30/2013

| Date | Transaction | Description Payee | Status | Debit (-) | Credit (+) |
|---|---|---|---|---|---|
| 06/27/2013 | Check 107 | CHECK NUMBER 107 | Posted | 100.00 | |
| 06/26/2013 | Check 995054 | CHECK NUMBER 995054 | Posted | 1,000.00 | |
| 06/26/2013 | Debit | WITHDRAWAL | Posted | 500.00 | |
| 06/26/2013 | Credit | Payroll PAY | Posted | | 1,437.91 |
| 06/26/2013 | Credit | Payroll PAY | Posted | | 1,437.91 |
| 06/25/2013 | Debit | THE EDGE ABC CLUB FEES | Posted | 26.59 | |
| 06/21/2013 | Check 108 | CHECK NUMBER 108 | Posted | 250.00 | |
| 06/21/2013 | Check 995040 | CHECK NUMBER 995040 | Posted | 500.00 | |
| 06/21/2013 | Debit | WITHDRAWAL | Posted | 500.00 | |
| 06/19/2013 | Credit | Payroll PAY | Posted | | 1,437.91 |
| 06/19/2013 | Credit | Payroll PAY | Posted | | 1,437.91 |
| 06/18/2013 | Check 995042 | CHECK NUMBER 995042 | Posted | 185.56 | |
| 06/18/2013 | Debit | TRAVELERS INSURA ONLINE PMT | Posted | 266.84 | |
| 06/17/2013 | Debit | AT&T LONG DIS ONLINE PMT | Posted | 97.25 | |
| 06/15/2013 | Debit | WITHDRAWAL | Posted | 600.00 | |
| 06/13/2013 | Debit | UNITED ILLUMINAT ONLINE PMT | Posted | 192.76 | |
| 06/12/2013 | Debit | WITHDRAWAL | Posted | 500.00 | |
| 06/12/2013 | Credit | Payroll PAY | Posted | | 1,437.91 |
| 06/12/2013 | Credit | Payroll PAY | Posted | | 1,437.91 |
| 06/10/2013 | Check 995044 | CHECK NUMBER 995044 | Posted | 160.00 | |

Transaction Status Legend:
✓ ▦ ⇄ ✗
Posted  Scheduled  In Progress  Problem

ttps://online1.openbank.com/fi71023/retail/protected/printPage?OWASP_CSRFTOKEN=CYT3-G808-Q3K... 7/2/2013

page 5

Jul 05 2013 7:00PM HP Fax

| Date | Type | Description | Amount |
|---|---|---|---|
| 06/03/2013 | POS | DDA PURCHASE *4906<br>319356 BEDBATH BEYOND BEDBATH HAMDEN * CT | $17.01 |
| 06/03/2013 | POS | DDA PURCHASE *5854<br>318198 WALGREENS 1471 WHALLEY A NEW HAVEN * CT | $21.99 |
| 06/03/2013 | POS | DDA PURCHASE *4906<br>318198 WALGREENS 1471 WHALLEY A NEW HAVEN * CT | $21.99 |
| 06/03/2013 | POS | DDA PURCHASE *4906<br>318198 WALGREENS 1471 WHALLEY A NEW HAVEN * CT | $28.00 |
| 06/03/2013 | POS | DDA PURCHASE *4906<br>319356 BEDBATH BEYOND BEDBATH HAMDEN * CT | $39.32 |
| 06/03/2013 | POS | DDA PURCHASE *4906<br>001 STOP SHOP 600 HAMDEN * CT | $47.53 |
| 06/03/2013 | DEBIT CARD | VISA DDA PUR<br>407105 GOLDEN TOUCH CLEANERS WOODBRIDGE * CT | $53.00 |
| 06/03/2013 | POS | DDA PURCHASE *5854<br>002 AMITY MEAT CENTER WOODBRIDGE * CT | $79.60 |
| 06/03/2013 | DEBIT CARD | VISA DDA PUR<br>443106 PUERTO VALLARTA ORANGE * CT | $129.00 |

| Date | Type | Description | Amount |
|---|---|---|---|
| 06/12/2013 | POS | DDA PURCHASE *4906<br>002 AMITY MEAT CENTER WOODBRIDGE * CT | $28.49 |
| 06/12/2013 | DEP | DEPOSIT | $500.00 |
| 06/11/2013 | FEE | MAINTENANCE FEE | $14.00 |
| 06/11/2013 | DEBIT CARD | VISA DDA PUR<br>449398 EVENT TICKET INSURANCE 866 456 3102 * VA | $7.00 |
| 06/11/2013 | DEBIT CARD | VISA DDA PUR<br>444500 WALGREENS 3579 NEW HAVEN * CT | $10.00 |
| 06/11/2013 | DEBIT CARD | VISA DDA PUR<br>401339 DAYTON STREET PIZZA 203 6751299 * CT | $27.71 |
| 06/11/2013 | DEBIT CARD | VISA DDA PUR<br>469216 TM RASCAL FLATTS 800 653 8000 * NY | $40.75 |
| 06/10/2013 | DEBIT CARD | VISA DDA PUR<br>461043 DUNKIN 306589 Q35 DERBY * CT | $1.05 |
| 06/10/2013 | POS | DDA PURCHASE *4906<br>001 SHOPRITE DERBY S1 DERBY * CT | $11.43 |
| 06/10/2013 | DEBIT CARD | VISA DDA PUR<br>441295 AMYS HALLMARK 373 MILFORD * CT | $14.19 |
| 06/10/2013 | POS | DDA PURCHASE *4906<br>313080 CHICOS 00314 1 MOHEGANSU UNCASVILLE * CT | $33.34 |
| 06/10/2013 | POS | DDA PURCHASE *5854<br>002 AMITY MEAT CENTER WOODBRIDGE * CT | $63.10 |
| 06/10/2013 | POS | DDA PURCHASE *4906<br>319851 PETCO 1859 MILFORD * CT | $79.52 |
| 06/07/2013 | POS | DDA PURCHASE *5854<br>401339 ULTIMATE IMAGE ORANGE * CT | $20.00 |
| 06/05/2013 | POS | DDA PURCHASE *4906<br>319774 CARTER S 1644 BOSTON POS MILFORD * CT | $21.06 |
| 06/05/2013 | POS | DDA PURCHASE *4906<br>319773 OSH KOSH 221 1672 BOSTO MILFORD * CT | $34.88 |
| 06/05/2013 | POS | DDA PURCHASE *4906<br>001 STOP SHOP 648 NEW HAVEN * CT | $79.31 |
| 06/05/2013 | POS | DDA PURCHASE *4906<br>401339 ULTIMATE IMAGE ORANGE * CT | $80.00 |
| 06/05/2013 | DEP | DEPOSIT | $500.00 |

| Date | Type | Description | Amount | Deposit |
|---|---|---|---|---|
| 06/20/2013 | POS | DDA PURCHASE *5854<br>002 AMITY MEAT CENTER WOODBRIDGE * CT | $32.26 | |
| 06/19/2013 | POS | DDA PURCHASE *4906<br>001 LOWE S 2327 DERBY * CT | $27.96 | |
| 06/19/2013 | DEBIT CARD | VISA DDA PUR<br>444500 COSMOPROF 6920 ANSONIA * CT | $120.78 | |
| 06/18/2013 | POS | DDA PURCHASE *5854<br>002 AMITY MEAT CENTER WOODBRIDGE * CT | $18.95 | |
| 06/18/2013 | POS | DDA PURCHASE *4906<br>319851 PETCO 3718 HAMDEN * CT | $38.28 | |
| 06/17/2013 | POS | DDA PURCHASE *4906<br>001 STOP SHOP 648 NEW HAVEN * CT | $3.25 | |
| 06/17/2013 | POS | DDA PURCHASE *4906<br>001 STOP SHOP 648 NEW HAVEN * CT | $6.90 | |
| 06/17/2013 | DEBIT CARD | VISA DDA PUR<br>413755 CT SECRETARY OF THE ST 860 5096165 * CT | $20.00 | |
| 06/17/2013 | DEBIT CARD | VISA DDA PUR<br>401339 KARMA HIGH END CONSIGNME HAMDEN * CT | $36.16 | |
| 06/17/2013 | DEBIT CARD | VISA DDA PUR<br>413755 CT SECRETARY OF THE ST 860 5096165 * CT | $50.00 | |
| 06/17/2013 | DEBIT CARD | VISA DDA PUR<br>476197 SPLASH NEW HAVEN NEW HAVEN * CT | $74.94 | |
| 06/17/2013 | POS | DDA PURCHASE *4906<br>001 STOP SHOP 648 NEW HAVEN * CT | $89.36 | |
| 06/17/2013 | DEP | DEPOSIT | | $500.00 |
| 06/14/2013 | POS | DDA PURCHASE *4906<br>315791 THYME SEASON HAMDEN * CT | $52.01 | |
| 06/14/2013 | POS | DDA PURCHASE *5854<br>002 AMITY MEAT CENTER WOODBRIDGE * CT | $54.69 | |
| 06/14/2013 | DEBIT CARD | VISA DDA PUR<br>441289 THE DANCE COLLECTIVE WESTPORT * CT | $268.00 | |
| 06/13/2013 | POS | DDA PURCHASE *4906<br>001 SHOPRITE DERBY S1 DERBY * CT | $9.57 | |
| 06/13/2013 | DEBIT CARD | VISA DDA PUR<br>407105 KATZS DELI WOODBRIDGE * CT | $29.00 | |
| 06/12/2013 | POS | DDA PURCHASE *5854<br>002 AMITY MEAT CENTER WOODBRIDGE * CT | $10.00 | |

Account History between the banking dates of 06/01/2013 and 06/30/2013

| Date | Type | Description | Debit | Credit |
|---|---|---|---|---|
| 06/28/2013 | POS | DDA PURCHASE *4906<br>001 STOP SHOP 648 NEW HAVEN * CT | $21.23 | |
| 06/27/2013 | POS | DDA PURCHASE *5854<br>002 AMITY MEAT CENTER WOODBRIDGE * CT | $54.92 | |
| 06/27/2013 | POS | DDA PURCHASE *4906<br>001 STOP SHOP 648 NEW HAVEN * CT | $126.59 | |
| 06/26/2013 | POS | DDA PURCHASE *4906<br>401339 ULTIMATE IMAGE ORANGE * CT | $20.00 | |
| 06/26/2013 | DEP | DEPOSIT | | $500.00 |
| 06/25/2013 | POS | DDA PURCHASE *4906<br>401339 ULTIMATE IMAGE ORANGE * CT | $57.59 | |
| 06/24/2013 | DEBIT CARD | VISA DDA PUR<br>407105 BLUE CHECK DELI WOODBRIDGE * CT | $20.41 | |
| 06/24/2013 | POS | DDA PURCHASE *5854<br>002 AMITY MEAT CENTER WOODBRIDGE * CT | $29.27 | |
| 06/24/2013 | POS | DDA PURCHASE *4906<br>22490075 TARGET T2249 ANSONIA * CT | $55.90 | |
| 06/24/2013 | POS | DDA PURCHASE *4906<br>001 STOP SHOP 648 NEW HAVEN * CT | $59.39 | |
| 06/24/2013 | POS | DDA PURCHASE *4906<br>313160 TALBOTS 0006 3490 WHITN HAMDEN * CT | $92.08 | |
| 06/24/2013 | DEBIT CARD | VISA DDA PUR<br>476517 BRAVO RESTAURANT ANSONIA * CT | $113.00 | |
| 06/24/2013 | DEBIT CARD | VISA DDA PUR<br>470780 OFF THE HOOK BAR AND GRI STRATFORD * CT | $145.00 | |
| 06/21/2013 | POS | DDA PURCHASE *5854<br>002 AMITY MEAT CENTER WOODBRIDGE * CT | $13.68 | |
| 06/21/2013 | POS | DDA PURCHASE *4906<br>318198 WALGREENS 1471 WHALLEY A NEW HAVEN * CT | $23.49 | |
| 06/21/2013 | DEP | DEPOSIT | | $500.00 |
| 06/20/2013 | DEBIT CARD | VISA DDA PUR<br>461043 DUNKIN 306589 Q35 DERBY * CT | $2.33 | |
| 06/20/2013 | DEBIT CARD | VISA DDA PUR<br>416407 ARBY S 5408 00054080 ORANGE * CT | $7.00 | |